FILED

02/15/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0631

## IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0631

IN THE MATTER OF:

E.F.,

Youth in Need of Care.

## ORDER GRANTING MOTION FOR
## EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant is granted an extension of time until March 27, 2023, to prepare, serve, and file the Opening Brief.

No further extensions of time will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 15 2023